UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                Case No. 06-31152-DHW
                                                     Chapter 13
KEITH A. FURR
LINDA K. FURR,

      Debtors.

ORDER ON OBJECTIONS TO CONFIRMATION

In accordance with the findings of fact and conclusions of law stated from the bench in open court on March 18, 2008, it is

ORDERED that the objection to confirmation filed by First Lowndes Bank is SUSTAINED, and confirmation of the plan is DENIED. It is

FURTHER ORDERED that Keith A. Furr is DISMISSED as a debtor from this chapter 13 case effective April 17, 2008, unless the debtor amends the plan on or before the effective date to specially class the claim of First Lowndes Bank made the subject of Adv. Proc. No. 06-3102 for payment in full. It is

FURTHER ORDERED that the objection to confirmation filed by Henry Ethel Trammell is OVERRULED.

Done this 18th day of March, 2008.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c: Debtors
   Vonda S. McLeod, Attorney for Debtors
   Britt Batson Griggs, Attorney for First Lowndes Bank
   Jon M. Folmar, Attorney for Trammell
   Curtis C. Reding, Trustee