## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re
LINDA K FURR

Case No. 06-31152-DHW
Chapter 13

      Debtor.

### TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's Chapter 13 case was filed on Wed Sep 13, 2006. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The Confirmation hearing for the debtor(s) plan was held on Mon Nov 06, 2006, and on that date the Court ordered the plan confirmed.
    Following is a Summary of the plan as confirmed by the Court:

1.  Payment:
    Amount of debtor(s) plan payment: $ 108.00 weekly.
    Period of payments: 058 months or until 28.02 % is paid on allowed unsecured claims or a "pot" of $ 24,168.00 is paid to unsecureds.

    **Payable to:   CHAPTER 13 TRUSTEE**
    **P O BOX 830529**
    **BIRMINGHAM AL 35283**

2.  Senior expenses and Administrative claims to be paid:

#### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's fee allowed | $ 8,000.00 |
| Chapter 13 Trustee | Notice fee @ $.50 per copy. | $ 17.50 |
| Chapter 13 Trustee | Trustee administrative fee | $ 395.58 |

#### SECURED, PRIORITY, AND SPECIAL CLAIMS

| CREDITOR | 910/365 | COLL. VAL. | INTEREST | PAYMENTS |
|---|---|---|---|---|
| SHERRY MCSWEAN | N | $ 169.19 | .00 % | $ 5.00 |

3.  Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this the 12th day of September, 2008.

_____/s/_____
Curtis C. Reding
Chapter Thirteen Trustee

In re                                    Case No. 06-31152-DHW
LINDA K FURR                             Chapter 13


        Debtor.

                    **CERTIFICATE OF SERVICE**

        I hereby certify that I have served a copy of the foregoing
document on all parties in interest,  by  placing  them  in  the
United States Mail, postage prepaid,  and  properly  addressed,
this 12th day of September, 2008.


                              _____/ S /_____
                              Curtis C. Reding, Trustee